UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICO NEWMAN | CIVIL ACTION |
| VERSUS | NO. 25-2478 |
| OUR LADY ANGELS CORP., ET AL. | SECTION "A"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Rico Newman's **Motion for Leave to File a Motion for Preliminary Injunction (ECF No. 7)** is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff Rico Newman's 42 U.S.C. § 1983 complaint against defendants Our Lady Angels Corporations, University Medical Center Corporations, Securus Technologies, Ryan Williams, Lt. Maleik, Travis Day, Karla Wheat, Kevin Luper, Seth Smith, Floyd Brooks, Medical Director Juan Martinez, Unidentified Parties, Johnathan Augustine, Cynthia C. Sumrall, Truly Dillon, Jennifer Bigner, and Brook Thomas is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

March 3, 2026

_____
UNITED STATES DISTRICT JUDGE